1  LOUIS E. GARFINKEL, ESQ.
   Nevada Bar No. 3416
2  LEVINE GARFINKEL & ECKERSLEY
3  8880 W. Sunset Road, Suite 290
   Las Vegas, Nevada 89148
4  (702) 735-0451
   (702) 735-2198  (Fax)
5  Attorneys for Defendant One Nevada Federal Credit
   Union
6
                    **UNITED STATES DISTRICT COURT**
7
                         **DISTRICT OF NEVADA**
8

9  | AMY C. MANGILA, | Case No.:  2:15-CV-01898-JCM-VCF |
10 | Plaintiff, | |
11 | vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
12 | CHASE BANK USA, NATIONAL ASSOCIATION, ONE NEVADA CREDIT UNION, EXPERIAN INFROMATION SOLUTIONS, INC. | |
13 | | **(FIRST REQUEST)** |
14 | | |
15 | Defendants. | |

16     IT IS STIPULATED by and between Plaintiff Amy C. Mangila and Defendant One Nevada Credit

17  Union ("One Nevada"), by and through undersigned counsel, that Defendant One Nevada shall have an

18  \ \ \

19  \ \ \

20  \ \ \

21  \ \ \

22  \ \ \

23  \ \ \

24  \ \ \

25  \ \ \

26  \ \ \

27  \ \ \

28  \ \ \

extension of up to and including December 3, 2015 to respond to the Complaint. This is the first request for an extension. This request for extension is not for purposes of delay, but rather the parties are exploring settlement.

DATED this 28th day of October, 2015

HAINES & KRIEGER, LLC

By: /s/ David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
Jennifer Isso, Esq.
Nevada Bar No. 13157
8985 S. Eastern Avenue, Suite 130
Las Vegas, NV  89123
Attorneys for Plaintiff Amy C. Mangila

DATED this 28th day of October, 2015

LEVINE GARFINKEL & ECKERSLEY

By: /s/ Louis E. Garfinkel, Esq.
Louis E. Garfinkel, Esq.
Nevada Bar No. 3416
8880 W. Sunset, Suite 290
Las Vegas, Nevada 89148
Attorneys for One Nevada Credit Union

IT IS SO ORDERED.

_____
 _ UNITED STATES MAGISTRATE JUDGE

DATED: October 30, 2015 _____

Respectfully submitted:

LEVINE, GARFINKEL & ECKERSLEY


By: /s/ Louis E. Garfinkel, Esq.
Louis E. Garfinkel, Esq.
Nevada Bar No. 3416
8880 W. Sunset Road, Suite 290
Las Vegas, Nevada 89148
Attorneys for One Nevada Credit Union