Abran E. Vigil
Nevada Bar No. 7548
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-Mail: vigila@ballardspahr.com
E-Mail: demareel@ballarspahr.com

*Attorneys for Defendant Chase Bank, U.S.A., N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMY C. MANGILA,<br><br>    Plaintiff,<br><br>v.<br><br>CHASE BANK USA, NATIONAL ASSOCIATION, ONE NEVADA CREDIT UNION, EQUIFAX INFORMATION SOLUTIONS, LLC,<br><br>    Defendants. | Case No.   2:15-cv-001898-JCM-VCF<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR CHASE BANK USA, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Second Request) |

Plaintiff and Defendant JPMorgan Chase, named herein as Chase Bank USA, N.A. ("Chase") stipulate and agree that Chase has up to and including January 4, 2015 to respond to plaintiff's complaint, as the parties discuss possible resolution. This request is made in good faith and not made for purposes of delay.

[Continued on following page.]

DMWEST #13418313 v2

1  Dated: December 1, 2015

2  | Ballard Spahr LLP | Haines & Krieger, LLP |
|---|---|
| By: /s/ Lindsay Demaree<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br><br>*Attorneys for Defendant*<br>*Chase Bank USA, N.A.* | By: /s/ David Krieger<br>David H. Krieger<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br><br>*Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 2, 2015