LOUIS E. GARFINKEL, ESQ.
Nevada Bar No. 3416
LEVINE GARFINKEL & ECKERSLEY
8880 W. Sunset Road, Suite 290
Las Vegas, Nevada 89148
(702) 735-0451
(702) 735-2198  (Fax)
Attorneys for Defendant One Nevada Federal Credit
Union f/k/a Nevada Federal Credit Union

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMY C. MANGILA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHASE BANK USA, NATIONAL ASSOCIATION, ONE NEVADA CREDIT UNION, EXPERIAN INFROMATION SOLUTIONS, INC.<br><br>　　　　Defendants. | Case No.:  2:15-CV-01898-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT ONE NEVADA CREDIT UNION F/K/A NEVADA FEDERAL CREDIT UNION ONLY** |

　　　　IT IS STIPULATED by and between the Plaintiff Amy C. Mangila ("Mangila") and Defendant One Nevada Credit Union f/k/a Nevada Federal Credit Union ("One Nevada"), through undersigned counsel, that Plaintiff Mangila's claims against Defendant One Nevada are dismissed with prejudice, each

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

1  party to bear their own attorneys' fees and costs.

2  DATED this 19th day of November 2015        DATED this 7th day of December 2015

3

4  HAINES & KRIEGER, LLC                        LEVINE GARFINKEL & ECKERSLEY

5  By: _____                  By: _____
   David H. Krieger, Esq.                       Louis E. Garfinkel, Esq.
6  8985 S. Eastern Avenue, Suite 130            8880 W. Sunset, Suite 290
   Las Vegas, NV 89123                          Las Vegas, Nevada 89148
7  Attorneys for Plaintiff Amy C. Mangila       Attorneys for One Nevada Credit Union f/k/a
                                                Nevada Federal Credit Union
8

9                                               IT IS SO ORDERED.

10

11                                              _____
                                                UNITED STATES DISTRICT COURT JUDGE
12                                              DATED: December 8, 2015

13  Respectfully submitted:

14  LEVINE, GARFINKEL & ECKERSLEY

15

16  By: _____
17      Louis E. Garfinkel, Esq.
        Nevada Bar No. 3416
18      8880 W. Sunset Road, Suite 290
        Las Vegas, Nevada 89148
19      Attorneys for One Nevada Credit Union
        f/k/a Nevada Federal Credit Union
20

21

22

23

24

25

26

27

28