Abran E. Vigil
Nevada Bar No. 7548
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-Mail: vigila@ballardspahr.com
E-Mail: demareel@ballarspahr.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMY C. MANGILA,<br><br>    Plaintiff,<br><br>v.<br><br>CHASE BANK USA, NATIONAL ASSOCIATION, ONE NEVADA CREDIT UNION, EQUIFAX INFORMATION SOLUTIONS, LLC,<br><br>    Defendants. | Case No.   2:15-cv-001898-JCM-VCF<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR JPMORGAN CHASE BANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Third Request)** |

Plaintiff and defendant JPMorgan Chase Bank, N.A., named herein as Chase Bank N.A., ("Chase") stipulate and agree that Chase has up to and including February 3, 2016 to respond to Plaintiff's complaint. This enlargement of time is requested so that the parties may continue to investigate Plaintiff's claims against Chase and discuss potential resolution. This request is made in good faith and not made for purposes of delay.

*[Continued on following page.]*

Dated: January 3, 2015

| Ballard Spahr LLP | Haines & Krieger, LLP |
|---|---|
| By: /s/ Lindsay Demaree<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br><br>*Attorneys for Defendant*<br>*JPMorgan Chase Bank, N.A.* | By:  /s/ David Krieger<br>David H. Krieger<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br><br>*Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  January 4, 2016